UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>       Plaintiff,<br><br>     v.<br><br>SHENZHEN GOSPELL SMARTHOME<br>ELECTRONIC CO., LTD., et al.,<br><br>       Defendants. | Case No.  15-cv-00691-JST<br><br>**ORDER REGARDING REQUESTED<br>CONTINUANCE OF CASE<br>MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 24 |

Plaintiff e.Digital Corporation has filed a Notice of Inability to File Case Management Statement in which it informs the Court that it has been unable to meet and confer with Defendants' counsel in this matter as Defendants have yet to appear.  ECF No. 24.  Plaintiff states that it is engaged in "ongoing settlement discussions with an apparent agent of the Defendants in this matter who not their counsel, but an apparent corporate representative of the Defendants."  Id. at 3.  Plaintiff requests the Court to continue the case management conference currently set for June 24, 2015 by two weeks.

The Court will continue the case management conference in this matter until July 29, 2015. A Joint Case Management Statement must be filed at least ten court days beforehand.

Separately, the Court orders that Plaintiff must move for entry of default of any Defendant who has not appeared in this matter by July 8, 2015.

IT IS SO ORDERED.

Dated:  June 17, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California