UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>IVIDEON LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-00691-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 30 |

Plaintiff e.Digital Corporation has filed a notice of voluntary dismissal dated July 9, 2015, dismissing without prejudice claims against Defendant Shenzen Gospell Electronic Co., Ltd. (dba Oco Camera).  ECF No. 30.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Because Defendant Shenzen Gospell Electronic Co., Ltd. (dba Oco Camera) has not filed an answer or otherwise appeared in this matter, dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All claims between Plaintiff and Defendant Shenzen Gospell Electronic Co., Ltd. (dba Oco Camera) have been dismissed without prejudice.  The Clerk is directed to terminate Defendant Shenzen Gospell Electronic Co., Ltd. (dba Oco Camera) as a party in this case.

IT IS SO ORDERED.

Dated: July 10, 2015

_____
JON S. TIGAR
United States District Judge