<div style="text-align: left; font-size: small;">United States District Court<br>Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>IVIDEON LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00691-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 31 |

Plaintiff e.Digital Corporation has submitted a notice requesting that this Court vacate the case management conference currently set for July 29, 2015 in this matter. ECF No. 31. Plaintiff states that no Defendants have appeared in this matter and, on July 2, 2015, the Clerk of the Court entered default against all Defendants remaining in this matter. ECF No. 29. Plaintiff "intends to and will seek the entry of a default judgment and related relief as to the Defaulted Defendants." ECF No. 31 at 2.

The Court will continue the July 29, 2015 case management conference to September 30, 2015 at 2:00 p.m. If Plaintiff moves for the entry of default judgment against Defaulted Defendants by August 28, 2015, the Court will vacate the case management conference.

IT IS SO ORDERED.

Dated: July 17, 2015

                                                                                     JON S. TIGAR<br>
                                                             United States District Judge