UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVIDEON LLC, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00691-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 34 |

Before the Court is Plaintiff's Motion for Default Judgment and for Costs.  ECF No. 34. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for November 16, 2015, is hereby VACATED.

IT IS SO ORDERED.

Dated: November 4, 2015

_____
JON S. TIGAR
United States District Judge