UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.DIGITAL CORPORATION,

    Plaintiff,

v.

IVIDEON LLC, et al.,

    Defendants.

Case No. 15-cv-00691-JST

**ORDER TO SHOW CAUSE**

Re: ECF No. 34

    Presently before the Court is Plaintiff's motion for default judgment. ECF No. 34. Plaintiff's Complaint alleges Defendants infringed five of Plaintiff's patents. ECF No. 1. In December 2015, the Patent Trial and Appeal Board ("PTAB") issued decisions instituting inter partes review regarding each of these patents. See e.Digital Corp. v. Dropcam, Inc., No. 14-cv-4922-JST, ECF No. 87, at 2 (N.D. Cal. Feb. 18, 2016). On February 18, 2016, this Court stayed another patent infringement action in which Plaintiff asserted these same five patents (as well as one additional patent) pending the inter partes review proceedings. Id. at 8.

    Accordingly, Plaintiff is ordered to show cause, within fourteen days of the filing of this order, why this case should not be stayed pending inter partes review of the patents-in-suit.

    IT IS SO ORDERED.

Dated: February 24, 2016

                                          JON S. TIGAR
                                        United States District Judge