UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| E.DIGITAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>IVIDEON LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00691-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 54 |

Before the Court is Defendants' Motion to Vacate Entry of Default. ECF No. 54. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for August 18, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: August 8, 2016

_____
JON S. TIGAR
United States District Judge