LVOVICH & SZUCSKO, P.C.
MILLA L. LVOVICH (SBN 225589)
HANNAH R. SALASSI (SBN 230117)
260 California Street, Suite 1001
San Francisco, CA 94111
Telephone No.: 415-392-2560
Facsimile No.: 415-391-4060

Attorneys for Defendants Ivideon LLC, Global Innovations
and New Sight Devices, Corp.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| e.Digital Corporation, | Case No.: 3:15-cv-00691-JST |
| Plaintiff, | **STIPULATION, MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' INVALIDITY CONTENTIONS** |
| v. | |
| ShenZhen Gospell Smarthome Electronic Co., Ltd. (dba Oco Camera); Ivideon LLC (dba Oco Camera); Global Innovations; and, New Sight Devices Corp. | |
| Defendants. | |

Plaintiff e.Digital Corporation ("Plaintiff" or "e.Digital") and Defendants Ivideon LLC (dba Oco Camera), Global Innovations, and New Sight Devices Corp. ("Defendants") (jointly the "Parties") hereby stipulate and formally apply to the Court for an Order to extend Defendants' deadline to serve their Invalidity Contentions.

Defendants' current deadline to serve Invalidity Contentions falls on December 9, 2016 (45 days from the date of the Parties' exchange of initial disclosures and service of Plaintiff's Preliminary Infringement Contentions on October 26, 2016). Due to the press of the holidays, the Parties have agreed to a brief extension, to January 15, 2017.

The extension of time stipulated herein will not affect the Court's Scheduling Order, issued September 28, 2016.

The Parties respectfully request that the Court grant this motion and enter the proposed Order granting the extension of Defendants' deadline to serve Invalidity Contentions to January 15, 2017.

**SO STIPULATED**.

LVOVICH & SZUCSKO, P.C.

DATED: December 12, 2016   /s/ Milla Lvovich
Milla L. Lvovich
Attorney for Defendants Ivideon LLC, Global Innovations and New Sight Devices Corp.

HANDAL & ASSOCIATES

DATED: December 12, 2016   /s/ Gabriel Hedrick
Anton N. Handal
Gabriel G. Hedrick
Attorney for Plaintiff e.Digital Corp.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: December 13, 2016   _____
UNITED STATES DISTRICT JUDGE