# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Ivideon LLC; Global Innovations, Inc.; and New Sight Devices Corp.,<br><br>        Defendants. | Case Number: 3:15-cv-00691-JST<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the Court hereby **ORDERS** as follows: All claims of infringement that Plaintiff raised or could have raised in this action are dismissed **WITH PREJUDICE**. All claims, defenses, or counterclaims that Defendants raised or could have raised in this action are dismissed **WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 17, 2017

_____
United States District Judge

-1-

*ORDER ON STIPULATION OF DISMISSAL*      Case No. 3:15-cv-00691-JST